# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DARLENE LENE B.,

_____

*Plaintiff*

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

_____

*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 24, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-03208-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔ other:   Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED;
Defendant's Motion for Summary Judgment, ECF No. 11, is DENIED; and
The decision of the Commissioner denying benefits is reversed and remanded for an award of benefits, with a disability
onset date of February 4, 2014.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

✔ decided by Judge   Stanley A. Bastian _____ on a motion for
summary judgment.

Date:   09/24/2018 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Cora Vargas
_____

*(By) Deputy Clerk*

Cora Vargas
_____